**YONGLIANG GE, Petitioner**

v.

**Eric H. HOLDER, Jr., U.S. Attorney
General, Respondent.**

No. 10–60220
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Jan. 4, 2011.

A. Don Forester, Esq., Forester Law Firm, Houston, TX, for Petitioner.

Jeffrey Ronald Meyer, Esq., Tangerlia Cox, Ann M. Welhaf, U.S. Department of Justice Office of Immigration Litigation, Washington, DC, for Respondent.

Before WIENER, PRADO, and OWEN, Circuit Judges.

PER CURIAM: *

Yongliang Ge, a native and citizen of the People's Republic of China, has filed a petition for review of the Board of Immigration Appeals's (BIA's) dismissal of his appeal of the immigration judge's (IJ's) denial of his application for withholding of removal and relief under the Convention Against Torture (CAT).

Ge argues that the BIA and IJ erred in denying his request for withholding of removal based on government persecution due to his political views. He does not argue that he was entitled to withholding of removal based on his religious beliefs or

---

that he was entitled to relief under the CAT.

Ge has not shown that any past persecution was on account of his political views or that there was a clear probability that he would be persecuted on account of his political views upon his return to China. *See Roy v. Ashcroft,* 389 F.3d 132, 138 (5th Cir.2004). Accordingly, the evidence does not compel a conclusion contrary to that of the BIA and IJ. *See Zhu v. Gonzales,* 493 F.3d 588, 594 (5th Cir.2007).

PETITION DENIED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.